```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ESSENTIAL UTILITIES, INC., et al.  :
                                   :       CIVIL ACTION
     v.                            :       NO. 22-1559
                                   :
SWISS RE GROUP, et al.             :
```

**O R D E R**

**AND NOW** this **1st** day of **February, 2023,** upon consideration of the motions for judgment on the pleadings filed by the parties (ECF Nos. 57 & 58) and the responses and reply thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

    1. Defendants' motion for judgment on the pleadings on Counts I and V of the amended complaint (ECF No. 57) is **DENIED;** and

    2. Plaintiffs' motion for partial judgment on the pleadings on the issue of Defendants' duty to defend in Count V of the amended complaint (ECF No. 58) is **GRANTED.**

It is further **ORDERED** that:

    3. upon consideration of Plaintiffs' motion for leave to file a reply (ECF No. 63) and the response thereto, it is hereby **ORDERED** that the motion is **GRANTED;** and

4. the parties shall file a revised joint Rule 26(f) report **by March 1, 2023,** detailing what issues, if any, are left in the case.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO,    J.**