**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ESSENTIAL UTILITIES, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 2:22-cv-01559 |
| | ) | |
| SWISS RE CORPORATE SOLUTIONS | ) | |
| ELITE INSURANCE CORPORATION f/k/a | ) | |
| NORTH AMERICAN ELITE INSURANCE | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiffs Essential Utilities, Inc. f/k/a Aqua America, Inc. and Aqua Illinois, Inc. ("Plaintiffs") and Defendant Swiss Re Corporate Solutions Elite Insurance Corporation ("Defendant") respectfully submit this Joint Status Report pursuant to the Court's November 21, 2025 Order (ECF 119) staying this matter while the parties pursue settlement.

The parties participated in a global mediation on January 21 and 22, 2026 in Chicago, Illinois, and have reached agreeable terms that would lead to the full resolution of all claims asserted in this insurance coverage action as well as the underlying lawsuits. The parties are currently in the process of documenting the settlement and anticipate filing a stipulation of dismissal within thirty (30) days. As such, the parties jointly request that this matter be stayed for thirty (30) days to allow the parties to complete documentation and finalize settlement.

DATED:  January 26, 2026

/s/*Susan Moon O*

Edward T. Kang
Kandis L. Kovalsky
Gregory H. Mathews
Susan Moon O
KANG HAGGERTY LLC
124 S. Broad Street, Suite 1670
Philadelphia, PA  19109
(215) 525-5850
ekang@kanghaggerty.com
kkovalsky@kanghaggerty.com
gmathews@kanghaggerty.com
so@kanghaggerty.com
*Attorneys for Plaintiffs*

/s/*David Buishas*

William Krekstein (PA 69149)
**HORST KREKSTEIN & RUNYON LLC**
610 W. Germantown Pike, Suite 350
Plymouth Meeting, PA 19462
(484) 243-6868 (tel)
(215) 939-5945 (fax)
Wkrekstein@hkr.law

-and-

Adam H. Fleischer (IL6224928)
David J. Buishas (IL6302970)
**BATESCAREY LLP**
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 762-3100
afleischer@batescarey.com
dbuishas@batescarey.com
*Attorneys for Defendants*

2