**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ESSENTIAL UTILITIES, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 2:22-cv-01559 |
| | ) | |
| SWISS RE CORPORATE SOLUTIONS | ) | |
| ELITE INSURANCE CORPORATION f/k/a | ) | |
| NORTH AMERICAN ELITE INSURANCE | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiffs Essential Utilities, Inc. f/k/a Aqua America, Inc. and Aqua Illinois, Inc. ("Plaintiffs") and Defendant Swiss Re Corporate Solutions Elite Insurance Corporation ("Defendant") jointly request that this matter be stayed for an additional thirty (30) days to allow the parties to complete documentation and finalize settlement.

As stated in the parties' January 26, 2026 Joint Status Report (ECF 120), the parties participated in a global mediation on January 21 and 22, 2026 in Chicago, Illinois and reached agreeable terms that would lead to the full resolution of all claims asserted in this insurance coverage action as well as the underlying lawsuits. Since then, the parties have been actively and diligently working to complete documentation and finalize settlement. Despite the parties' good faith efforts to finalize settlement of this insurance coverage action, because of the procedural complexities involved in documenting and finalizing settlement of the underlying class action lawsuits, the parties require an additional thirty (30) days to complete documentation and finalize settlement. The parties anticipate filing a stipulation of dismissal within thirty (30) days. As such, the parties jointly request that this matter be stayed for an additional thirty (30) days to allow the parties to complete documentation and finalize settlement.

2

DATED:  February 25, 2026

/s/ *Susan Moon O*

Edward T. Kang
Kandis L. Kovalsky
Gregory H. Mathews
Susan Moon O
**KANG HAGGERTY LLC**
124 S. Broad Street, Suite 1670
Philadelphia, PA  19109
(215) 525-5850
ekang@kanghaggerty.com
kkovalsky@kanghaggerty.com
gmathews@kanghaggerty.com
so@kanghaggerty.com
*Attorneys for Plaintiffs*

/s/ *David J. Buishas*

William Krekstein (PA 69149)
**HORST KREKSTEIN & RUNYON LLC**
610 W. Germantown Pike, Suite 350
Plymouth Meeting, PA 19462
(484) 243-6868 (tel)
(215) 939-5945 (fax)
Wkrekstein@hkr.law

-and-

Adam H. Fleischer (IL6224928)
David J. Buishas (IL6302970)
**BATESCAREY LLP**
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 762-3100
afleischer@batescarey.com
dbuishas@batescarey.com
*Attorneys for Defendants*