**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ESSENTIAL UTILITIES, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | |
| | ) | NO.  2:22-cv-01559 |
| SWISS RE CORPORATE SOLUTIONS | ) | |
| ELITE INSURANCE CORPORATION f/k/a | ) | **JURY TRIAL DEMANDED** |
| NORTH AMERICAN ELITE INSURANCE | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Essential Utilities, Inc. f/k/a Aqua America, Inc. and Aqua Illinois, Inc. (collectively, "Plaintiffs") and Defendants Swiss Re Corporate Solutions Elite Insurance Corporation f/k/a North American Elite Insurance Company and SR Corporate Solutions America Holding Corporation (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that each of the claims and counterclaims asserted in this matter are hereby DISMISSED **WITHOUT** PREJUDICE, with each party to bear their own costs.

[*Signature page to follow*]

DATED: April 15, 2026

/s/ *Susan Moon O*
Edward T. Kang
Kandis L. Kovalsky
Gregory H. Mathews
Susan Moon O
**KANG HAGGERTY LLC**
124 S. Broad Street, Suite 1670
Philadelphia, PA  19109
(215) 525-5850
ekang@kanghaggerty.com
kkovalsky@kanghaggerty.com
gmathews@kanghaggerty.com
so@kanghaggerty.com
*Attorneys for Plaintiffs*

/s/ *David J. Buishas*

William Krekstein (PA 69149)
**HORST KREKSTEIN & RUNYON LLC**
610 W. Germantown Pike, Suite 350
Plymouth Meeting, PA 19462
(484) 243-6868 (tel)
(215) 939-5945 (fax)
Wkrekstein@hkr.law

-and-

Adam H. Fleischer (IL6224928)
David J. Buishas (IL6302970)
**BATESCAREY LLP**
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 762-3100
afleischer@batescarey.com
dbuishas@batescarey.com
*Attorneys for Defendants*